IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SUSAN HILL                                                       PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:15CV-37DPJ-FKB

MADISON COUNTY, MISSISSIPPI; CITY OF
MADISON, MISSISSIPPI; and JOHN DOE'S 1 – 10            DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

THIS CAUSE having come before the Court this day on joint motion *ore tenus* of the plaintiff and the defendants, Madison County, Mississippi and City of Madison, Mississippi for a dismissal of this action without prejudice, and, upon this Court having determined that a judgment of dismissal without prejudice should be entered in this matter, the Court finds that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the above-styled and numbered cause be, and it is hereby dismissed without prejudice with each party to bear its own costs.

SO ORDERED, this the  11th  day of February, 2016.

                                                         UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Earl Banks
Earle Banks, MSB #1732
Attorney for Plaintiff

/s/ Rebecca B. Cowan
Rebecca B. Cowan, MSB #7735
Attorney for Defendant, Madison County, Mississippi

/s/ Roy A. Smith, Jr.
Roy A. Smith, Jr., MSB #7599
Attorney for Defendant, City of Madison, Mississippi